JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, <br><br> Plaintiff, <br><br> v. <br><br> BRANCH TREE, A CALIFORNIA LIMITED PARTNERSHIP, <br><br> Defendant. | Case No. CV 20-1208 FMO (JEMx) <br><br> **JUDGMENT** |

Pursuant to the court's Order Re: Motion for Default Judgment, IT IS ADJUDGED THAT:

1. Defendant Branch Tree shall pay plaintiff statutory damages in the amount of $4,000.00.

2. Defendant Branch Tree shall pay plaintiff attorney's fees and costs in the amount of $2,000.50.

3. Plaintiff shall serve defendant with a copy of this Judgment in such a manner as to make it operative in any further proceedings.

Dated this 13th day of May, 2020.

/s/
Fernando M. Olguin
United States District Judge