# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BRANCH THREE, A CALIFORNIA LIMITED PARTNERSHIP; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No.: CV 20-1208 FMO (JEMx)<br><br>**AMENDED JUDGMENT** |

　　　Pursuant to the court's Order Re: Motion for Default Judgment, IT IS ADJUDGED THAT:

　　　1.　　Defendant Branch Three, a California limited partnership shall pay Plaintiff Anthony Bouyer statutory damages in the amount of $4,000.00.

　　　2.　　Defendant Branch Three, a California limited partnership shall also pay Plaintiff Anthony Bouyer's attorney's fees and costs in the amount of $2,000.50.

　　　3.　　Plaintiff Anthony Bouyer shall serve this Judgment upon Defendant Branch Three, a California limited partnership pursuant to Local Rule 5-3.1.

Dated this 20th day of May, 2020.

　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Fernando O. Olguin
　　　　　　　　　　　　　　　　　　**United States District Judge**